**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01296-LTB-MEH

JEAN FERNAND,

    Plaintiff,

v.

AMPSO SYSTEM PARKING, INC., a California corporation;
DANIEL BIRARA, an individual; and
SHAFELLUH MOMMANDI, an individual,

    Defendants.

---

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Stipulation for Amendment of Pleadings (Doc 31 - filed May 9, 2008) is **GRANTED**.

    Plaintiff's third claim for relief, asserting a claim for back pay under the Colorado Wage Claim Act, shall be amended to eliminate any claim that Plaintiff's wages were inconsistent with the contract between Ampco System Parking and the City of Denver. Instead, Plaintiff's wage claim shall be limited to his allegation that he was not paid for all of the hours he claims to have worked on June 8, 9, and 19, 2006. Additionally, Shafelluh Mommandi and Daniel Birara are substituted for Mr. Trafy and Mr. Mainor as individual Defendants in this case.

Dated: May 12, 2008