IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01296-LTB-MEH

JEAN FERNAND,

    Plaintiff,

v.

AMPCO SYSTEM PARKING, a California corporation,
MR. TRAFY, an individual, and
MR. MAINOR, an individual,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 4, 2008.**

    Plaintiff's Notice [Motion] to Dismiss of [sic] Statutory Attorney's Lien of the Amount: $15,207.49 [filed May 19, 2008; doc #36] is **denied without prejudice**. The "Notice of Statutory Attorney's Lien under C.R.S. 12-5-119 (Notice)" filed by Plaintiff's former counsel, Russell Rowe [doc. #32], is only a notice and not the commencement of any action to reduce the lien to a judgment. *See In re Marriage of Mitchell*, 55 P.3d 183, 186 (Colo. App. 2002) (holding that the filing of a notice of an attorney's lien merely places others on notice that the attorney claims an interest in the funds subject to the lien, and is not the commencement of a civil action). The Court construes Plaintiff's *pro se* pleading as an objection to the Notice; however, such objection is more properly pled in response to any motion to enforce the attorney's lien.