IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01296-LTB-MEH

JEAN FERNAND,

     Plaintiff,

v.

AMPCO SYSTEM PARKING, a California corporation,
SHAFELLUH MOMMANDI, an individual, and
DANIEL BIRARA, an individual,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 25, 2008.**

     Plaintiff's Motion for Summary Judgment [filed June 18, 2008; doc #46] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1C, which states, "A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper." Plaintiff's "Memorandum in Opposition to Defendants' Motion for Summary Judgment," which is included in the same document, is accepted as Plaintiff's response to Defendants' pending Motion for Summary Judgment.

     In addition, Plaintiff filed the within Motion for Summary Judgment outside of the time period set forth in the Scheduling Order in this matter (the dispositive motion deadline in this case was June 2, 2008). Therefore, if Plaintiff wishes to re-file his Motion for Summary Judgment, he must request permission from the Court to do so in accordance with Fed. R. Civ. P. 6(b).