IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01296-LTB-MEH

JEAN FERNAND,

     Plaintiff,

v.

AMPCO SYSTEM PARKING, a California corporation,
SHAFELLUH MOMMANDI, an individual, and
DANIEL BIRARA, an individual,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 14, 2008.**

     Defendant Ampco System Parking, Inc.'s Motion to Strike [filed July 11, 2008; docket #52] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A.