# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01296-LTB-MEH

JEAN FERNAND,

    Plaintiff,

v.

AMPCO SYSTEM PARKING, a California corporation;
MR. TRAFY, an individual; and
MR. MAINOR, an individual,

    Defendants.

---

## NOTICE

---

Please take notice that the undersigned has retained the services of Connie Smith of the firm Rothgerber Johnson & Lyons LLP for estate planning purposes. Any party wishing to suggest recusal of the undersigned may do so within 10 days from the date of this notice.

    BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: October 1, 2008