**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01296-CMA-MEH

JEAN FERNAND,

     Plaintiff,

v.

AMPCO SYSTEM PARKING, a California corporation,
MR. TRAFY, an individual, and
MR. MAINOR, an individual,

     Defendants.

---

**ORDER SETTING CASE FOR TRIAL**

---

     The above-captioned matter has been scheduled for a **three-day jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, February 23, 2009 at 1:30 p.m.**

     A Final Trial Preparation Conference is set for **Friday, February 13, 2009 at 9:00 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court .**

     DATED: October   30th  , 2008.

                             BY THE COURT:

                             */s/ Christine M. Arguello*
                             _____
                             CHRISTINE M. ARGUELLO
                             United States District Judge